IN RE RESIGNATION OF LOCKE.

[Cite as In re Resignation of Locke (1988), 40 Ohio St. 3d 605.]

(No. D.R. 88-9—Submitted December 2, 1988—Decided December 29, 1988.)

The resignation of Thomas E. Locke as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.